IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUSIVILLE DIVISION

JEFFREY METCALF,

      Plaintiff,

    v.                                    Civil Action No. 3:16-cv-00322-JHM-DW

GENERAL INFORMATION SERVICES,
INC., and CBCINNOVIS, INC.,

      Defendants.

## STIPULATION OF DISMISSAL

Plaintiff Jeffrey Metcalf and Defendant CBCINNOVIS, INC. hereby stipulate and agree that they have finalized the settlement of their dispute, and that Plaintiff's claims against CBCINNOVIS, INC. in the above-captioned action are dismissed with prejudice in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) as to, and **ONLY** as to, CBCINNOVIS, INC.

Each of these settling parties shall bear his or its own attorney's fees, prejudgment interest, and costs of suit.

    **IT IS SO STIPULATED.**

| | |
|---|---|
| /s/ James R. McKenzie | /s/ Jason A. Spak (by permission) |
| James R. McKenzie | Jason A. Spak (admitted *pro hac vice*) |
| James R. McKenzie Attorney, PLLC | PICADIO SNEATH MILLER & NORTON, P.C. |
| 115 S. Sherrin Avenue, Suite 4 | 444 Liberty Avenue, Suite 1105 |
| Louisville, KY 40207 | Pittsburgh, PA 15222 |
| Tel: (502) 371-2179 | Telephone: 412-288-4385 |
| Fax: (502) 257-7309 | Facsimile: 412-288-2405 |
| jmckenzie@jmckenzielaw.com | jspak@psmn.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

/s/ James H. Lawson (by permission)
James H. Lawson
Lawson at Law, PLLC
115 S. Sherrin Avenue, Suite #4
Louisville, KY 40207
Tel: (502) 473-6525
Fax: (502) 473-6561
james@kyconsumerlaw.com

*Counsel for Plaintiff*

IT IS SO ORDERED:

_____
February 10, 2017
Date

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**